MAY 24, 1993

No. 92–1583. CONTINENTAL CASUALTY CO. *v.* GRANACK ET UX. C. A. 7th Cir. Certiorari dismissed under this Court's Rule 46.

No. 92–67. UNITED STATES *v.* ABREU; and UNITED STATES *v.* THORNBRUGH. C. A. 10th Cir. Motion of respondent James Thornbrugh for leave to proceed *in forma pauperis* granted. Certiorari granted, judgments vacated, and cases remanded for further consideration in light of *Deal* v. *United States, ante,* p. 129.

No. 92–1442. GARCIA ET VIR *v.* UNITED STATES. C. A. 9th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Republic Nat. Bank of Miami* v. *United States,* 506 U. S. 80 (1992).

No. 92–1452. BOWENS *v.* UNITED STATES. C. A. 11th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Republic Nat. Bank of Miami* v. *United States,* 506 U. S. 80 (1992).

No. 92–1458. ROSALES *v.* UNITED STATES. C. A. 11th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Ortega-Rodriguez* v. *United States,* 507 U. S. 234 (1993). Reported below: 978 F. 2d 719.

No. —— ——. KRANTZ *v.* BRIGGS, SUPERINTENDENT, COOK INLET PRETRIAL FACILITY, ALASKA DEPARTMENT OF CORRECTIONS. Motion to direct the Clerk to file petition for writ of certiorari out of time denied.

No. D–1232. IN RE DISBARMENT OF THIBIDEAU. Disbarment entered. [For earlier order herein, see 507 U. S. 903.]

No. D–1233. IN RE DISBARMENT OF IREK. Disbarment entered. [For earlier order herein, see 507 U. S. 903.]